**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Leonard Andre HUDSON, a/k/a Steven**
**Orlando Hudson, a/k/a Dantee Keys,**
**Defendant–Appellant.**

No. 15–6345.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 21, 2015.

Decided: May 27, 2015.

Leonard Andre Hudson, Appellant Pro Se. Jennifer R. Bockhorst, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leonard Andre Hudson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hudson,* No. 1:07–cr–00016–JPJ–1 (W.D.Va. Feb. 25, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*